
ORIGINAL

FILED

02/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0437

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0437

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

MICHAEL C. MITCHELL,

    Defendant and Appellant.

FILED

FEB 20 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

In a February 6, 2024 Order, this Court dismissed with prejudice this appeal of a criminal sentence, filed by self-represented Appellant Michael C. Mitchell. The dismissal was predicated upon Mitchell's failure to file a status report after this Court received the Jefferson County District Court record on September 8, 2023. This Court issued an Order requiring a status report on December 15, 2023, regarding the transcripts. On January 4, 2024, the Clerk of the Supreme Court noted in this Court's filing database that Mitchell had sent a letter, requesting an extension of time and court-appointed counsel. This Court never saw the letter because it was not filed, being returned for lack of service to opposing counsel. Mitchell renewed his motion for appointment of counsel in a separate pleading, dated January 20, 2024. That pleading was filed on February 12, 2024. We observe that Mitchell is currently incarcerated in the Saguaro Correctional Center in Arizona.

"For every wrong there is a remedy." Section 1-3-214, MCA. It appears he is entitled to counsel in this appeal. Sections 46-20-104, 46-8-103(1), MCA. Upon review, this Court enters the following Order.

IT IS ORDERED that:

1. the February 6, 2024 Order, dismissing this appeal with prejudice, is VACATED and this appeal is returned to the status as Pre-Briefing instead of Post-Decision;

2. Mitchell's Motion for Appointment of Counsel is GRANTED; and

3. the Appellate Defender Division shall have thirty days from the date of this Order within which to file either a Notice of Appearance or a Motion to Rescind this Order appointing counsel. The Appellate Defender Division shall order any necessary transcripts.

The Clerk is directed to provide a copy of this Order to the Appellate Defender Division; to counsel of record, and to Michael C. Mitchell, Saguaro Correctional Center, 1250 E. Arica Road, Eloy, AZ, 85131.

DATED this 20 day of February, 2024.

_____
Chief Justice

_____

_____

_____

_____
Justices